IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| KAREN K. STARRY, | ) | |
| Plaintiff, | ) | No. C06-3037-DEO |
| vs. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This case is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) to the Commissioner of Social Security.

Dated: May 7, 2007

PRIDGEN J. WATKINS
Clerk

/s/ des
(By) Deputy Clerk